1050

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL AYALA SALAMANCA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00455-5, Randolph Furman, J., entered October 12, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER ROBERT OWENS, *Appellant*.
*In the Matter of the Personal Restraint of* SPENCER ROBERT OWENS, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04060-4, Grant L. Anderson, J., entered January 6, 1999, together with a petition for relief from personal restraint. Judgment *reversed* and petition *granted* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY PAUL HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00758-9, James E. Warme, Don L. McCulloch, and Stephen M. Warning, JJ., entered February 4, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.